**No. 40095.**—Protests 699026–G/9852, etc., of Aganox Co. (New Orleans).

Opinion by KEEFE, J. It was stipulated that the merchandise in question is similar to the article held dutiable as waste at 10 percent under paragraph 1555 in a decision reported in Abstract 39170. The protests were therefore sustained.